OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 25. 2015

6/22/2015

COCHRAN, MICHAEL DEWAYNE   Tr. Ct. No. CR-24656-AA     WR-71,081-

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



MICHAEL DEWAYNE COCHRAN
████ UNIT - TDC # 1285580
████████
ROSHARON, TX ████

N3B